# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DAVID TORRES, aka DAVID TORRES DIAZ, individually and dba TACOS Y MARISCOS COLIMA,<br><br>　　　　Defendant. | No. 1:15-cv-00537-LJO-BAM<br><br>**ORDER RE PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

　　WHEREAS, Defendant has not filed an answer or motion for summary judgment;

　　WHEREAS, Plaintiff and Defendant have settled the matter;

　　WHEREAS, no counterclaim has been filed;

　　Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

　　IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

　　Dated:　**June 30, 2015**　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE